HALL, D. B. A. ROBERT HALL TRUCKING, APPELLANT, *v.* PORTERFIELD, TAX COMMR., APPELLEE.

(No. 1326—Decided June 16, 1969.)

*Mr. Ralph A. Henderson,* for appellant.
*Mr. Paul W. Brown,* attorney general, and *Mr. George M. Hauswirth,* for appellees.

HILDEBRANT, J. This law appeal presents the same question decided this day in *Olt* v. *Porterfield,* 19 Ohio App. 2d 211.

In accordance with that decision, the decision of the Board of Tax Appeals affirming the assessment of the tax is affirmed.

*Decision affirmed.*

SHANNON, P. J., and HESS, J., concur.